PER CURIAM.
Affirmed. Commonwealth Fed. Sav. and Loan Ass’n v. Tubero, 569 So.2d 1271 (Fla.1990); Mercer v. Raine, 443 So.2d 944 (Fla.1983); Rose v. Clinton, 575 So.2d 751 (Fla. 3d DCA 1991); Nob Hill at Welleby, Ltd. v. Resolution Trust Corp., 573 So.2d 952 (Fla. 4th DCA 1991); Delta Information Servs., Inc. v. Joseph R. Jannach, M.D. & Assocs., 569 So.2d 1353 (Fla. 3d DCA 1990); Johnson v. Allstate Ins. Co., 410 So.2d 978 (Fla. 5th DCA 1982).